IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01116-DME-MEH

WILLIAM STILSON,

    Plaintiff,
v.

NEXTEL OPERATIONS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 31, 2008.**

    Plaintiff's Uncontested Motion to Amend the Caption [filed July 29, 2008; docket #9] is **granted**. The Clerk of the Court is directed to change the name of the Defendant from Sprint-Nextel to Nextel Operations, Inc.