IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01116-DME-MEH

WILLIAM STILSON,

    Plaintiff,

v.

NEXTEL OPERATIONS, INC.,

    Defendants.

## ORDER OF DISMISSAL

THE COURT, having reviewed the parties' Stipulation of Dismissal With Prejudice, hereby

ORDERS that the above-captioned action is dismissed with prejudice, each party to pay its own fees and costs.

DONE AND SIGNED this __11th__ day of December, 2008.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
U.S. Circuit Court Judge